UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH HARRIS | * | CIVIL ACTION |
| VERSUS | * | NO: 08-5084 |
| WARDEN LYNN COOPER | * | SECTION: "D"(6) |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by the plaintiff on June 8, 2010, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Joseph Harris for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this 21 day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE